# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

October 3, 2025

**To:** Joel W. Turner
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-2754
>
> Caption:
> SCARLETT PAVLOVICH,
>     Plaintiff - Appellant
>
> v.
>
> NEIL GAIMAN,
>     Defendant - Appellee
>
> District Court No: 3:25-cv-00078-jdp
> District Judge James D. Peterson
> Clerk/Agency Rep Joel W. Turner
>
> Date NOA filed in District Court: 10/03/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)