# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: Circuit Rule 33 - Briefing

October 10, 2025

*By the Court*:

| | |
|---|---|
| No. 25-2754 | SCARLETT PAVLOVICH,<br>            Plaintiff - Appellant<br><br>v.<br><br>NEIL GAIMAN,<br>            Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:25-cv-00078-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson | |

Pursuant to Circuit Rule 33, briefing in this appeal shall proceed as follows:

1. The Appellant's brief of Scarlett Pavlovich will be due by November 28, 2025.
2. The Appellee's brief of Neil Gaiman will be due by December 29, 2025.
3. The Appellant's reply brief of Scarlett Pavlovich, if any, will be due by January 20, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_CR33_Briefing**     (form ID: **193**)