

## KRAVIT ▪ HOVEL & KRAWCZYK s c
## ATTORNEYS

**BRIAN T. FAHL**
btf@kravitlaw.com

TELEPHONE 414 ▪ 271 ▪ 7100

825 NORTH JEFFERSON
MILWAUKEE WISCONSIN
53202 ▪ 3737

FACSIMILE 414 ▪ 271 ▪ 8135

www.kravitlaw.com

February 10, 2026

**<u>Via Electronic Filing</u>**

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re:     *Scarlett Pavlovich v. Neil Gaiman*
        U.S. Court of Appeals Seventh Circuit Case No. 25-2754
        Western District of Wisconsin Case No. 25-cv-00078-jdp

Dear Clerk:

Pursuant to Fed. R. App. P. 28(j) counsel for defendant-appellee Neil Gaiman provides the Court with copies of (1) the February 6, 2026, memorandum and order and (2) the February 6, 2026, order of dismissal in *Pavlovich v. Palmer*, Case No. 25-10263-NMG (Dist. Mass.).

Amanda Palmer is the wife of defendant-appellee Neil Gaiman. Scarlett Pavlovich, the plaintiff-appellant here, filed a similar case against Palmer in the District of Massachusetts. Palmer, like Gaiman, filed a motion to dismiss for *forum non conveniens*. Palmer's motion had not been decided by the time briefing concluded in this case. The parties reference the open case against Palmer in Massachusetts in their briefing:

- Appellant's Brief at p. 2, FN2
- Appellant's Brief at p. 10
- Appellant's Brief at p. 11, FN7
- Appellant's Brief at p. 32
- Response Brief at p. 8, FN1

Office of the Clerk
February 10, 2026
Page 2

   This letter is to notify this Court that the Massachusetts case has been decided. The district court in Massachusetts granted Palmer's motion to dismiss for *forum non conveniens* because (1) the district court refused to find that Pavlovich's civil claim under the Trafficking Victims Protection Act ("TVPA") had extraterritorial application; (2) even if the TVP's civil remedy provision applies outside the United States, it is not relevant to a *forum non conveniens* inquiry; and (3) New Zealand has the greater interest in deciding the case. Memorandum and Order at p. 11-12, *Pavlovich v. Palmer*, Case No. 25-10263-NMG (Dist. Mass.).

   If you have any questions or concerns about this letter or the documents attached, please contact me at your convenience.


      Very truly yours,

      *s/Brian T. Fahl*

      Brian T. Fahl


c:  All counsel of record