UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Plaintiff | Civil Action No: 1:25-cv-10263-NMG |
| Imer Payes Gonzalez | |
| v. | |
| Defendant | |
| Amanda Palmer | |

ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Courts Order entered on February 6, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Nicole Cowan
Docket Clerk

February 6, 2026