

**KRAVIT • HOVEL & KRAWCZYK** sc
**ATTORNEYS**

TELEPHONE 414 • 271 • 7100

825   NORTH   JEFFERSON
MILWAUKEE   WISCONSIN
53202 • 3737

FACSIMILE  414 • 271 • 8135

www.kravitlaw.com

**BRIAN T. FAHL**
btf@kravitlaw.com

March 27, 2026

**Via Electronic Filing**

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

> Re:   *Scarlett Pavlovich v. Neil Gaiman*
>       U.S. Court of Appeals Seventh Circuit Case No. 25-2754
>       Western District of Wisconsin Case No. 25-cv-00078-jdp

Dear Clerk:

Pursuant to Fed. R. App. P. 28(j) counsel for defendant-appellee Neil Gaiman submits this short response to the 28(j) letter submitted by appellant Scarlett Pavlovich on March 26, 2026.

The appellant's letter does not state the reason for the supplemental citation to *Ratha v. Rubicon Resources, LLC*, 168 F.4th 541 (9th Cir. 2026), nor refer to the page(s) of the briefing impacted by the supplemental citation as required by Fed. R. App. P. 28(j). Presumably, the appellant is relying on *Ratha* to support her argument in favor of the extraterritorial applicability of the TVPA. However, *Ratha* provides little assistance to the Court because the district court determined that even if the TVPA applied extraterritorially, that factor was not dispositive, it is only one

Office of the Clerk
March 27, 2026
Page 2

factor of many to consider and would not have altered the district court's decision. R.51:15-16; Appellant's App. Tab 1 p.15-16.

Most likely the lack of any stated reason for the applicability for the supplemental citation is because there is none. *Ratha* is factually distinguishable. The defendant Rubicon Resources, LLC is a United States Company with significant ties to the United States, and the alleged forced labor and trafficking was designed to benefit the defendant's business here. *Ratha*, 168 F.4th at 547-48.

Nor does *Ratha* squarely address the issue of extraterritoriality. *Ratha* is about the retroactivity of clarifying amendments to a statute under the framework of *Landgraf v. USI Film Products*, 511 U.S. 244 (1994). *Ratha*, 168 F.4th at 549-50. *Ratha* does not discuss the extraterritorial reach of the TVPA.

If you have any questions or concerns about this letter, please contact me at your convenience.

Very truly yours,

*s/Brian T. Fahl*

Brian T. Fahl

BTF/eek
c:    All counsel of record