**No. 25-2754**

## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

SCARLETT PAVLOVICH,

　　　　　Plaintiff-Appellant,

v.

NEIL GAIMAN,

　　　　　Defendant-Appellee.

**On Appeal from** the United States District Court
for the Western District of Wisconsin
The Honorable James D. Peterson, Presiding
Case No. 3:25-cv-78-jdp

## DEFENDANT-APPELLEE NEIL GAIMAN'S BILL OF COSTS

Judgment having been entered in the above-entitled action on June 29, 2026 against Plaintiff-Appellant Scarlett Pavlovich, the clerk is requested to tax the following as costs pursuant to Fed. R. App. P 39(e)(1)(A):

Fees and disbursements for printing:   $142.50

| Itemization | | |
|---|---|---|
| Cover | 15 @ $2.00 | $30.00 |
| Binding | 15 @ $2.00 | $30.00 |
| Photocopies | 825 pages @ .10 | $82.50 |
| | | Total: $142.50 |

## DECLARATION IN SUPPORT OF COSTS

I, Brian T. Fahl, declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A true and correct copy of the invoice is attached hereto as Exhibit A. This bill has been served on all parties on this date via electronic service.

Dated: July 7, 2026.

s/ *Brian T. Fahl*
Brian T. Fahl
One of the Attorneys for Defendant-Appellee
Neil Gaiman

## TAXATION OF COSTS

Costs are taxed in the amount of $_____ and included in the mandate.

Dated: _____.

_____
Clerk of Court

By: _____
     Deputy Clerk

**GET NOTICED.**
**GET BUSINESS.**

**INVOICE**

ALPHAGRAPHICS
1058 E Washington Ave., Madison, Wisconsin 53703
(608) 294-8000 • Fax (608) 294-8380
madisonwi@alphagraphics.com
We are open M-F 8 am - 5:30 pm



**Pay Your Invoice Online**
click here

**Invoice Number: 168739**

| Bill To: | Date: 12/31/25 |
|---|---|
| Erin Kandziora | |
| Kravit, Hovel & Krawczyk S.C. | P.O.: |
| 825 North Jefferson, 5th Floor | |
| Milwaukee WI 53202 | |
| Phone: | |
| E-Mail: eek@kravitlaw.com | Account Type: Charge Account |
| | Wanted: |

| Quantity | Description | Price |
|---|---|---|
| 18 | Ref: Pavlovich v. Gaiman, 18 sets of 48 copies @ $.10, 8.5 x 11 White 20# Navigator Premium Multipurpose Smooth , 48 sheets, copied on 1 side<br>     18 narrow hot-glue bound books @ $3.00 | $ 140.40 |
| 18 | 18 sets of 7 color copies @ $.75, 8.5 x 11 White 20# Navigator Premium Multipurpose Smooth , 7 sheets, digitally printed on 1 side | $ 94.50 |

*V-3042*

Date entered: *1/6/26*
Date to be paid: *1/15/26*
Entered by: *GMB*
G/L#: *602.080*
Client #: *7066.001*

**NOTICE TO ALL EXISTING CREDIT ACCOUNTS**

As of September 2023, a 3% credit card processing fee will be applied to all credit card transactions. Check and ACH payments are preferred and these payments will not incur additional fees. Please contact vanessa@alphagraphics.com to set up an ACH account.

Thank you for being a loyal customer!

**alphagraphics**
MADISON | GREATER MILWAUKEE

| | |
|---|---|
| Subtotal | 234.90 |
| Tax | 13.86 |
| Shipping | 0.00 |
| Total | 248.76 |
| Deposit (-) | 0.00 |
| **Amount Due** | **$248.76** |

**PAYMENT TERMS**: I understand all charged invoices are payable 30 days after invoice date and that a service fee of 1.5% per month will be added to all past due accounts. In the event payment is not made and account is referred to a collection agency, or if legal action is required I will pay collection and/or attorney's fees resulting from such action.
**CHECK ACCEPTANCE POLICY**: My signature indicates I understand and authorize AlphaGraphics to electronically debit my account on all dishonored checks plus a processing fee and any applicable taxes.
**ALL DISPUTES** must be addressed within 30 days of receipt of product. AlphaGraphics cannot research disputes on product older than 30 days.
**CREDIT CARD ACCEPTANCE POLICY**: Credit card payment may be accepted at the time of sale. Credit card payments will incur a 3% service charge.

Signature _____     Time _____

Print Name _____     Date _____

You can view our Privacy Policy at: https://www.alphagraphics.com/privacy-policy.html

Page 1 of 1

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/*Brian T. Fahl*
Brian T. Fahl
One of the Attorneys for Defendant-Appellee
Neil Gaiman