# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 29, 2026

**Before**

MICHAEL Y. SCUDDER, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*

No. 25-2754

| | |
|---|---|
| SCARLETT PAVLOVICH,<br>    *Plaintiff-Appellant,*<br><br>    *v.*<br><br>NEIL GAIMAN,<br>    *Defendant-Appellee.* | Appeal from the United States District Court for the Western District of Wisconsin.<br><br>No. 3:25-cv-00078<br><br>James D. Peterson,<br>*Chief Judge*. |

**O R D E R**

Plaintiff-Appellant filed a petition for rehearing and for rehearing en banc on July 13, 2026. No judge in regular active service has requested a vote on the petition for rehearing en banc, and all members of the original panel have voted to deny panel rehearing. It is therefore ordered that the petition for rehearing and for rehearing en banc is DENIED.